UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

FILED

2009 JAN 15  PM 4: 46

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____
                    DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | Cause No.: A-08-CR-250 |
| | § | |
| | § | |
| v. | § | **I N F O R M A T I O N** |
| | § | |
| RACHEL RODRIGUEZ | § | [Count One--Vio:18 U.S.C. §4- |
| | § | Misprision of Felony] |

**THE UNITED STATES ATTORNEYCHARGES:**

COUNT ONE
[Count One--Vio:1 8 U.S.C. §4]

On or about October 13, 2007, in the Western District of Texas defendant,

RACHEL RODRIGUEZ,

having knowledge of the actual commission of a felony cognizable by a court of the United

States to wit: Conspiracy to Distribute Heroin, in violation of Title 21, United States Code,

Section 846, and the Defendant did not as soon as possible make known the same to some judge

or other persons in civil and military authority under the United States, and willfully concealed

said felony by assisting others to launder funds derived from narcotics distribution in violation of

Title 18, United States Code, Section 4.

JOHNNY SUTTON
United States Attorney

By: _____
Douglas W. Gardner
Assistant U.S. Attorney

Sealed _____

Unsealed __X__     Personal Data Sheet     USAO# __2008R14689__

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

RELATED CASE____YES __X__ NO

CASE NO._____

County: __TRAVIS__     __AUSTIN__     Division     Judge: _____

Date: __01/15/2009__   Mag Ct.# __A08-CR-250__   SSN: _____   FBI#: _____

Case No.: _____   Assistant U. S. Attorney: __Douglas W. Gardner__

Defendant: __RACHEL RODRIGUEZ__     Date of Birth: __REDACTED__

Address: _____

Citizenship:     United States __X__     Mexican _____     Other _____

Interpreter Needed:     Yes _____     No __X__     Language _____

Defense Attorney: _____     Employed _____

Address of Attorney: _____     Appointed

Defendant is:     In Jail _____   Where: _____

On Bond _____   Amt. of Bond _____   Where: _____

Date of Arrest: _____     Bench Warrant Needed __NO__

Prosecution By:     Information __X__     Indictment

Offense (Code & Description):   __Count 1: 18 U.S.C. 4: Misprision of Felony__

Offense Is:     Felony __X__     Misdemeanor _____

Maximum Sentence:   __0 to 2 yrs imprisonment; $250,000 fine; Maximum 1 Yr. TSR; A $100.00 SA__

Penalty is Mandatory:   As to special assessment     Yes __X__     No _____

Remarks:   __Case Agent: APD- Howard Staha  (512) 236-6385__